1 Joshua C. Krumholz (Admitted *Pro Hac Vice*)
Maximillian J. Bodoin (Admitted *Pro Hac Vice*)
2 Courtney L. Batliner (Admitted *Pro Hac Vice*)
HOLLAND & KNIGHT LLP
3 10 Saint James Avenue, 11th Floor
Boston, MA 02116
4 Telephone: (617) 523-2700
Facsimile: (617) 523-6850
5 joshua.krumholz@hklaw.com
max.bodoin@hklaw.com
6 courtney.batliner@hklaw.com

7 Vito A. Costanzo (SBN 132754)
Stacey H. Wang (SBN 245195)
8 HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
9 Los Angeles, CA 90071
Telephone: (213) 896-2400
10 Facsimile: (213) 896-2450
vito.costanzo@hklaw.com
11 stacey.wang@hklaw.com

12 Attorneys for Plaintiff
Hasbro, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HASBRO, INC. | Case No. CV11-10437-PSG (Ex) |
| Plaintiff, | Hon. Philip S. Gutierrez |
| vs. | **STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| ASUS COMPUTER INTERNATIONAL INC., a California corporation; and ASUSTEK COMPUTER INC., a Taiwan corporation, | Action filed: December 16, 2011 |
| Defendants and related Counter-Claimants. | |

STIPULATION TO DISMISS ACTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff HASBRO, Inc. ("Plaintiff"), on the one hand, and Defendants ASUS Computer International, Inc., and ASUSTeK Computer, Inc. (collectively "Defendants"), on the other hand, through their respective counsel, hereby stipulate and agree as follows:

## STIPULATION

Pursuant to a confidential settlement agreement and this stipulation between the Plaintiff and Defendants to the above-entitled lawsuit, the above action (including all claims in the complaint, and any cross-action filed therein), are hereby dismissed with prejudice. This dismissal is effective upon filing, without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: March 25, 2013          HOLLAND & KNIGHT, LLP

By:   /s/ Joshua C. Krumholz
Joshua C. Krumholz (*Pro Hac Vice*)
Maximillian J. Bodoin (*Pro Hac Vice*)
Courtney L. Batliner (*Pro Hac Vice*)
Vito A. Costanzo
Stacey H. Wang
Attorneys for Plaintiff and Counter-Defendant, HASBRO INC.

MICLEAN GLEASON LLP

By:   /s/ David J. Miclean
David J. Miclean
Attorneys for Defendants and Counter-Claimants
ASUS COMPUTER INTERNATIONAL, INC. and ASUSTEK COMPUTER, INC.

<u>Hasbro, Inc. vs. Asus Computer International, Inc., et al.</u>

USDC No. CV11-10437-PSG(Ex)

PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8th Floor, Los Angeles, California 90071. On March 22, 2013, I served the document described as STIPULATION TO DISMISS ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) on the interested parties in this action:

> David J. Miclean
> Gary R. Gleason
> Miclean Gleason LLP
> 100 Marine Parkway, Suite 310
> Redwood Shores, CA 94065
> 650 684-1181 (o)
> 650 684-1182 (f)
> 650 861-0899 (c)
> dmiclean@micleangleason.com
> ggleason@micleangleason.com

☒ **BY ELECTRONIC SERVICE/NEF:** Service was completed pursuant to Central District of California, Order Authorizing Electronic Filing, General Order No. 10-07, Section VII.A., which provides in part: "Upon the electronic filing of a document, a NEF is automatically generated by the CM/ECF system and sent by email to all attorneys in the case. Service of an electronically filed document upon a CM/ECF User is deemed complete upon the transmission of the NEF."

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct. Executed on March 25, 2013, in Los Angeles, California.

                                      <u>/s/ Stacey H. Wang</u>
                                      Stacey H. Wang